PEOPLE of the State of New York, respondents, v. Michael ZIMMER, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion to resettle order denied. The people can review our order in its present form. People v. Weiner, 211 N. Y. 469, 105 N. E. 658, Ann. Cas. 1915D, 733.

PEOPLE, etc., ex rel. Antonio BUONO v. WARDEN OF THE STATE PRISON. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Writ dismissed, and defendant remanded, upon the ground that his remedy is not by habeas corpus, but by appeal. People ex rel. Hubert v. Kaiser, 206 N. Y. 46, 99 N. E. 195.

PEOPLE, etc., ex rel. Jennie BUTLER, etc., respondent, v. D. H. RALSTON, Special Deputy Commissioner of Excise, etc., appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

PEOPLE of the State of New York ex rel. CENTRAL HUDSON GAS & ELECTRIC COMPANY, Respondent, v. STATE BOARD OF TAX COMMISSIONERS, Appellant. (Supreme Court, Appellate Division, Third Department. January 1916.) Reargument ordered for Tuesday, January 11, 1916.

PEOPLE ex rel. Louis J. CHESNER, respt., v. J. Edward MALONEY, applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Motion to dismiss appeal granted, unless appellant file and serve printed papers on appeal by September 30th and be ready to argue appeal on October 9th.

PEOPLE ex rel. CONSOL. R. CO., Relator, v. PUBLIC SERVICE COMMISSION et al., Respondents. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. No opinion. Order filed.

PEOPLE ex rel. Joseph E. FINN, Applt., v. William F. SCHNEIDER et al., Respts. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

PEOPLE of the State of New York ex rel. FIRST NATIONAL BANK OF BELFAST, Relator, v. Thomas J. AHEARN, State Fire Marshal of the State of New York, Defendant. (Supreme Court, Appellate Division, Third Department. January, 1916.) Appeal dismissed, without costs, upon stipulation filed.

PEOPLE ex rel. John E. GERBRACH, Applt., v. William F. SCHNEIDER et al., Respts. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

PEOPLE ex rel. Henry B. HALL, Applt., v. Lawson PURDY et al., Respts. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

PEOPLE of the State of New York ex rel. LEHIGH VALLEY RAILWAY COMPANY v. William SOHMER, as Comptroller of the State of New York. (Supreme Court, Appellate Division, Third Department. September 28, 1916.) Determination reversed, with $50 costs and disbursements. All concur.

PEOPLE ex rel. Daniel G. O'DAY, applt., v. Edward F. FRIES, as treasurer, etc., respt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Order affirmed, with costs. Held, the Special Term in its discretion was justified in refusing the writ. All concur.

PEOPLE ex rel. PINE ST. CO., Applt., v. Lawson PURDY et al., Respts. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Order affirmed, with costs. No opinion. Order filed.

PEOPLE ex rel. Charles SPIRE, respt., v. Arthur W. KREINHEDER, as superintendent, etc., applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Order reversed, and writ dismissed, without costs. Held, that it appears from the answering affidavits: (1) That the position heretofore held by the relator was properly abolished; (2) that the relator, since said position was abolished, was offered either of the remaining positions of painter in the water department, but that he refused to accept; and under the circumstances the relator is not entitled to the writ. All concur.

PEOPLE ex rel. James F. D. WILSON, Applt., v. Robert ADAMSON, as Fire Com'r, Respt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

PEOPLE'S NAT. BANK OF HACKENSACK, Respt., v. Clarence B. RICE and another, Applts. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Oscar J. PERRIN, respt., v. Frederick F. PROCTOR, applt. (Supreme Court, Appellate Division, Third Department. September 13, 1916.) Motion denied.

Giovanni PILANI, respt., v. Vincenzo LANOVARO, applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Order affirmed, with $10 costs and disbursements, on the authority of Leake v. Hartman, 137 App. Div. 451, 121 N. Y. Supp. 771, affirmed 202 N. Y. 605, 96 N. E. 1119. All concur.